NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TAU-KEN TEMIR LLP, JSC NMC TAU-KEN SAMRUK, MINISTRY OF TRADE AND INTEGRATION OF THE REPUBLIC OF KAZAKHSTAN,**
*Plaintiffs-Appellants*

v.

**UNITED STATES, GLOBE SPECIALTY METALS, INC., MISSISSIPPI SILICON LLC,**
*Defendants-Appellees*

---

2022-2204

---

Appeal from the United States Court of International Trade in No. 1:21-cv-00173-LMG, Senior Judge Leo M. Gordon.

---

**ON MOTION**

---

### O R D E R

Appellants move for a two-week extension of time, until February 14, 2023, to file their opening brief. Appellants state that appellees consent to the motion if given the due date of May 22, 2023, for their response briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that appellants' opening brief is due no later than February 14, 2023, and appellees' response briefs are due no later than May 22, 2023.

FOR THE COURT

January 31, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court