# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

TAU-KEN TEMIR LLP, JSC NMC TAU-KEN SAMRUK, MINISTRY OF TRADE AND INTEGRATION OF THE REPUBLIC OF KAZAKHSTAN,

   *Plaintiffs-Appellants*

v.

UNITED STATES, GLOBE SPECIALTY METALS, INC., MISSISSIPPI SILICON LLC,

   *Defendants-Appellees*

Appeal from the United States Court of International Trade No. 21-173, Judge Leo M. Gordon

**APPELLANT TAU-KEN TEMIR LLP, JSC NMC TAU-KEN SAMRUK, MINISTRY OF TRADE AND INTEGRATION OF THE REPUBLIC OF KAZAKHSTAN RESPONSE TO DEFENDANTS-APPELLEES GLOBE SPECIALTY METAL, INC.'S AND MISSISSIPPI SILICON LLC'S APRIL 14, 2023 NOTICE AND REQUEST FOR GUIDANCE**

Counsel to Tau-Ken Temir, LLP; Ministry of Trade and Integration of the Government of the Republic of Kazakhstan; and JSC NMC Tau-Ken Samruk

Peter Koenig, Esq.
Squire Patton Boggs
2550 M Street NW
Washington DC 20236
202 669 1901
peter.koenig@squirepb.com

April 17, 2023

**CERTIFICATE OF INTEREST PER FEDERAL CIRCUIT RULE 47.4**

FORM 9. Certificate of Interest                                   Form 9 (p. 1)
                                                                   July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

Case Number 22.2204

Short Case Caption Tau-Ken Temir LLP v. United States

Filing Party/Entity  Taw KM Tv  |  Ia. Miarin YT W..nd Intioythen Yaw *inorklit* et Kankhmsa. JSC   *Tao* Ks Msanilt

> Instructions: Complete each section of the form. In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance. Please **enter only one item per box; attach additional pages as needed and check the relevant box.** Counsel must immediately file an amended Certificate of Interest if information changes. Fed. Cir. R. 47.4(b).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 09/28/2022            Signature:  /s/ Peter Koenig

                            Name:       Peter Koenig

3

FORM 9. Certificate of Interest

FORM 9 (p. 2)
July 2020

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☐ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Tau-Ken Temir LLP | None | JSC NMC Thu-Ken Samruk |
| JSC NMC Tau-Ken Samruk | None | None |
| Ministry of Trade and Integration of the Republic of Kazakhstan | None | None |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

☐   Additional pages attached

4

FORM 9. Certificate of Interest

Form 9 (p.3
July MO

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

◯ None/Not Applicable     • Additional pages attached

| Jeremy Dutra | Of Counsel | Squire Patton Boggs |
|---|---|---|
|  |  |  |
|  |  |  |

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

0   None/Not Applicable     ◯   Additional pages attached

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |

**6. Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

None/Not Applicable     0   Additional pages attached

|  |  |  |
|---|---|---|
|  |  |  |

01042134191H AMERICAS

Appellant-Plaintiffs – *i.e.*, Ministry of Trade and Integration of the Government of the Republic of Kazakhstan (Ministry), Tau-Ken Temir, LLP and JSC NMC Tau-Ken Samruk (collectively TKT) – answer Defendants-Appellees Globe Specialty Metals, Inc. and Mississippi Silicon LLC (collectively Globe) April 14, 2023 filing.

The Ministry/TKT corrected April 11, 2023 opening brief did not change the substance of the argument in the Ministry/TKT February 28, 2023 brief. Nor did it add significant new different lines of argument, or remove significant lines of argument. Globe does not really claim, much less support, otherwise.

Globe claims 615 changes in words out of 11,000+ words,[1] or under 5.6% (615/11,000+) of total words. The April 11, 2023 brief did have agency record appendix (APPX) page cites to the referenced agency record, per the Court requested correction thereon that Globe notes, but then at times (not others) Globe counts as changes. True, the April 11, 2023 brief does at a few points better (i.e., more clearly/articulately/better grammar) state the same argument made in

---

[1] The total words that Globe is considering in its Exhibit #1 is over 11,000. But not quite clear how much over, as Globe's filing (Exhibit #1) indicates that it includes the Addendum to the TKT brief, at least as to the TKT April 11, 2023 filing, and at least partially, not fully clear.

the February 28, 2023 brief (which Globe double counts in its total word change tally by summing additions and deletions), adds a few omitted court cites, and moves some paragraphs to where they should have been (which Globe's word count shows as deletions and additions, again double counting, if any counting should be done), corrects typos, and fixes the table of contents and authorities.[2] It is the same substantive argument in the revised April 11, 2023 and original February 28, 2023 opening brief. Globe does not really say, much less show/explain, otherwise. The above said, Globe does delineate each change.

As to Globe's reference to prior TKT extension requests, this Court kindly (appreciated) granted the Ministry and TKT prior extensions in their opening principal brief, because, among other reasons, the pertinent Ministry (*i.e.,* Kazakh Government trade officials) involved in this briefing were fully occupied with issues as to the Russia Ukraine War. It reached a point however where the undersigned TKT counsel felt should not request further extension for that reason

---

[2] Globe also overstates changes by (1) erroneously comparing the February 28, 2023 TKT brief <u>without the annexes</u> to the TKT April 11, 2023 brief <u>with the annexes</u> and (2) including the CM/ECF automatic Court imprinted headers done to each filing as part of the changes. Globe's April 14 filing so indicates on its face in its Exhibit #1.

unless was more to say. But the undersigned TKT counsel was not aware that the U.S. Secretary of State Antony Blinken was to, and did, visit Kazakhstan on February 28, 2023 as to the Russia Ukraine War, as to what the United States was seeking from the Kazakhstan Government (see Exhibit #1), the same date that the principal brief was due. That Blinken visit was what was occupying the Kazakh Government officials involved in the Ministry/TKT principal brief. Blinken's visit was understandably not to be disclosed in advance, to the best of counsel's knowledge. But, if known by the undersigned TKT counsel (it wasn't before the date in Exhibit #1), it would have appeased reluctance to request another extension to file the principal brief, which really has to be done a week before the deadline under the Court's rules.

Delay in this litigation hurts only TKT/Kazakhstan. No one else. Indeed, delay benefits U.S. silicon metal producers Globe and Mississippi Silicon. The reason is that the here contested prohibitive 160%+ Commerce countervailing import duty on TKT/Kazakh silicon metal sales to the United States ended TKT/Kazakh silicon metal sales to the U.S., now for four years (where also that lack of sales in turn depleted any resources TKT/Ministry had to contest in court). Perhaps for this reason, Globe does not claim prejudice here.

Also notable in this regard, in the U.S. Court of International Trade ("CIT") proceeding below, Globe itself did not respond to the same

arguments on the merits that the Ministry/TKT again make here in their opening principal brief before this Court.  <u>Compare</u> Globe Response Brief to TKT Rule 56.2 Motion for Judgment on the Agency Record, Oct. 8, 2021, ECF 38 <u>with</u> the TKT July 21/28, 2021 Rule 56.2 Motion for Judgement on the Agency Record, ECF 33-34, concurred to by the Ministry, all in <u>Tau-Ken Temir LLP et al v. United States</u>, CIT No. 21-173.  Globe is the one who pursued the CVD remedy here and on whose behalf it is.

    The above said, the undersigned counsel regrets and apologizes for the problems/issues it created here.

    The undersigned declares under penalty of perjury under 28 U.S.C. § 1746 that the facts in the motion are correct.

                                         Respectfully submitted,

                                         */s/ Peter Koenig*

                                         Peter Koenig
                                         Squire Patton Boggs
                                         2550 M Street NW
                                         Washington DC 20336
April 17, 2023                        Counsel to Appellant TKT & The Ministry

# EXHIBIT #1:  U.S. SECRETARY OF STATE BLINKEN VISIT TO KAZAKHSTAN,

## *Blinken Finds Receptive Leaders in Central Asia, Where Russia Seeks Aid*

The U.S. secretary of state's diplomatic mission is part of a broader Biden administration effort to strengthen support for Ukraine, or at least push neutral nations to refrain from aiding Russia.

 

**By Edward Wong and Andrew Higgins**

Feb. 28, 2023   Updated 9:43 p.m. ET

ASTANA, Kazakhstan — Secretary of State Antony J. Blinken came to Central Asia to press his case that the region should hold the line against Russian efforts to seek economic aid as Moscow grapples with Western sanctions.

Within hours of landing in Astana, the snow-draped capital of Kazakhstan, he received a sign that the United States had some leverage. The Kazakh president stood next to Mr. Blinken in the blue-domed presidential palace and thanked the Americans for their support of his nation's "independence, territorial integrity and sovereignty."

The president, Kassym-Jomart Tokayev, has not criticized Russia's war, and neither have leaders of the four other Central Asian nations, former Soviet republics with decades-long ties with Moscow. But his pointed statement suggested that, after the invasion of Ukraine, also a former Soviet republic, there was concern that President Vladimir V. Putin of Russia could try to seize parts of their own nations or encourage separatists.

Parts of northern Kazakhstan are inhabited largely by ethnic Russians and are viewed by Russian nationalists as territory that should belong to Russia. So there is concern that those Kazakh residents could fall victim to Mr. Putin's logic that Moscow has a duty to "protect" ethnic kin wherever they are.

Mr. Blinken quickly gave assurances, saying at a news conference later that the United States was a committed partner of the Central Asian nations and that "our support for their independence and sovereignty, their territorial integrity, is real." His remarks came after a group meeting with the foreign ministers of the five Central Asian nations.

Mr. Blinken's visit to Kazakhstan was the first by a Biden administration cabinet official to any Central Asian nation. It occurs at an important moment in American efforts to rally nations to buttress Ukraine in preparation for its defense against a broader Russian offensive expected this spring and for Kyiv's own potential military push.





Mr. Blinken met with ... Kyrgyzstan, Tajikistan ... and Uzbekistan in A... Pool photo by Olivier Douliery

Mr. Blinken's meetings in Kazakhstan and a visit to Uzbekistan, which follow recent trips to the Ukrainian capital, Kyiv, by President Biden and Treasury Secretary Janet L. Yellen, are a critical part of the American diplomatic efforts this winter. Gen. Mark A. Milley, the country's most senior military adviser, on Tuesday addressed a Rome conference of military chiefs from Africa, where Russia has some allies. General Milley will later head to Germany, where he will meet with Ukrainian troops, Pentagon officials said.

The visit to Central Asia is a strike against Moscow in the heart of what it considers its sphere of influence.

U.S. officials say they are realistic about their diplomacy in Central Asia: The five nations — Kazakhstan, Kyrgyzstan, Tajikistan, Turkmenistan and Uzbekistan — maintain close diplomatic, security and economic ties to Russia as well as to China, the other superpower rival to the United States and Russia's strongest strategic partner.

But the Americans hope at least to encourage the countries to resist pressure from Russia to give it more support at a time when it is struggling on the battlefield and Western allies believe powerful weapon shipments could help Ukraine make serious gains this spring.

One sticking point: Countries in Central Asia say the United States needs to greatly increase trade ties and economic aid if it hopes to counterbalance Russia and China.



Downtown Astana on Tuesday, as seen from Ak Orda Presidential Palace. Pool photo by Olivier Douliery

Mr. Blinken also acknowledged at the news conference with the Kazakh foreign minister, Mukhtar Tileuberdi, that sanctions on Russia, Kazakhstan's largest trading partner, had had an "economic spillover effect." He said the U.S. government was issuing "licenses that make sense" for foreign companies to continue conducting legitimate commerce with Russia while "watching compliance with sanctions very closely"

Consequences from the sanctions on Russia have rippled across Kazakhstan. When the United States, Europe and some Asian nations first imposed them in February 2022, the Kazakh tenge, the local currency, fell 20 percent. It has gradually climbed back to just under its prewar value.

After meeting the five foreign ministers, Mr. Blinken announced an additional $20 million in U.S. funding for economic programs in the region, on top of $25 million from last year. He said the United States would also give $5 million this year to promote "regional connectivity" through economic and energy programs.

That is a small sum compared with the amount of trade between the nations and Russia and China.

American officials insist that they are not trying to force the nations to choose allegiances but hope to exploit a weakening of Russian influence in the region that has been fueled in part by the war in Ukraine. With Russia pouring military resources into Ukraine and dealing with sanctions, it has focused less on Central Asia. Officials in the region say they see an unraveling of some of Moscow's power, both to the benefit and to the occasional detriment of their governments.

Emil Joroev, a researcher at Crossroads Central Asia, a research group in Bishkek, the capital of Kyrgyzstan, said Mr. Putin had worked hard in recent months to shore up Moscow's influence in Central Asia, visiting each of the five nations at least once.

But this, Mr. Joroev added, "gave a sense of Putin being somewhat desperate" to show he still had friends, or at least not enemies, when many countries, particularly in Europe, view him as a war criminal.

"Putin has lost his magic," Mr. Joroev said, "but he still has much greater leverage in these countries than the U.S. does."



President Vladimir V. Putin, center, and Mr. Tokayev in St. Petersburg in June, when Mr. Tokayev declared that Kazakhstan would not recognize the "quasi-state territories" that Moscow was propping up in eastern Ukraine. Anatoly Maltsev/EPA, via Shutterstock

Even Central Asian leaders who have benefited from Mr. Putin's policies voice skepticism over the war. Last summer, Mr. Tokayev pushed back against Mr. Putin while sharing a stage with him at an economic conference in St. Petersburg, declaring that Kazakhstan would not recognize the "quasi-state territories" that Russia was propping up in eastern Ukraine.

FORM 19. Certificate of Compliance with Type-Volume Limitations     Form 19
                                                                    July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 2022-2204

**Short Case Caption:** Tau-Ken Temir, LLP v. United States

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes 971 words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 04/17/2023            Signature: /s/ Peter Koenig

                            Name: Peter Koenig

Save for Filing