

**UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

May 1, 2023

Adam H. Gordon
Jennifer M. Smith
Lauren Fraid
The Bristol Group PLLC
1707 L Street, NW, Suite 570
Washington, DC 20036

**Re:    Appeal No. 2022-2204, <u>Tau-Ken Temir LLP v. US</u>**

Dear Counsel:

This is in response to your notice received April 14, 2023, "seek[ing] guidance from the Court as to which version of [Appellants'] brief will be considered by the Court, and thus to which [Globe Specialty Metals, Inc. and Mississippi Silicon LLC] should respond." ECF No. 37 at 2.

Under Federal Circuit Rule 26(a)(2), "the timeliness of any responsive document is computed from the date of service of the original submission, regardless of any corrections made by the party." If any party seeks relief from the court, Rule 27(a) of the Federal Rules of Appellate Procedure provides that "[a]n application for an order or other relief is made by motion unless these rules prescribe another form."

Very truly yours,

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court