

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER CLERK'S OFFICE
CLERK OF COURT 202-275-8000

May 1, 2023

2022-2204 - Tau-Ken Temir LLP v. US

# NOTICE OF NON-COMPLIANCE

The document (Opening Brief) submitted by Ministry of Trade and Integration of the Republic of Kazakhstan, Tau-Ken Temir LLP, and JSC NMC Tau-Ken Samruk is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- The corrected document was not filed with a Notice of Correction or motion for leave to correct. A Notice of Correction or Motion for leave is required. Fed. Cir. R. 25(i)(1).

  *[Clerk's Note: A party wishing to make non-substantive corrections to any document currently on file with the clerk of court must file a Notice of Correction. Substantive corrections may only be made with leave of the court.]*

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An

appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT

/s/ Peter R. Marksteiner

Peter R. Marksteiner
Clerk of Court

By: A. Kleydman, Deputy Clerk