# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

TAU-KEN TEMIR LLP, JSC NMC TAU-KEN SAMRUK, MINISTRY OF TRADE AND INTEGRATION OF THE REPUBLIC OF KAZAKHSTAN,
*Plaintiffs-Appellants*

v.

UNITED STATES, GLOBE SPECIALTY METALS, INC., MISSISSIPPI SILICON LLC,
*Defendants-Appellees*

Appeal from the United States Court of International Trade No. 21-173,
Judge Leo M. Gordon

**APPELLANT TAU-KEN TEMIR LLP, JSC NMC TAU-KEN SAMRUK, MINISTRY OF TRADE AND INTEGRATION OF THE REPUBLIC OF KAZAKHSTAN NOTICE OF CORRECTION TO THEIR OPENING BRIEF AND, IN THE ALTERNATIVE, IF NECESSARY, MOTION FOR LEAVE OF THE COURT TO CORRECT**

Counsel to Tau-Ken Temir, LLP; Ministry of Trade and Integration of the Government of the Republic of Kazakhstan; and JSC NMC Tau-Ken Samruk

Peter Koenig, Esq.
Squire Patton Boggs
2550 M Street NW
Washington DC 20236
202 669 1901
peter.koenig@squirepb.com

May 8, 2023

FORM 9. Certificate of Interest

Form 9 (p. 1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 22-2204

**Short Case Caption** Tau-Ken Temir LLP v. United States

**Filing Party/Entity** Tau-Ken Temir LLP; Ministry of Trade and Integration of the Republic of Kazakhstan; JSC NMC Tau-Ken Samruk

**Instructions:** Complete each section of the form. In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance. **Please enter only one item per box; attach additional pages as needed and check the relevant box**. Counsel must immediately file an amended Certificate of Interest if information changes. Fed. Cir. R. 47.4(b).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 09/28/2022

Signature: /s/ Peter Koenig

Name: Peter Koenig

010-9233-8739/1/AMERICAS

**FORM 9. Certificate of Interest**

Form 9 (p. 2)
July 2020

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. ☐ None/Not Applicable |
| Tau-Ken Temir LLP | None | JSC NMC Tau-Ken Samruk |
| JSC NMC Tau-Ken Samruk | None | None |
| Ministry of Trade and Integration of the Republic of Kazakhstan | None | None |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

☐    Additional pages attached

010-9233-8739/1/AMERICAS

**FORM 9. Certificate of Interest**

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ **None/Not Applicable**      ☐ **Additional pages attached**

| Jeremy Dutra | Of Counsel | Squire Patton Boggs |
|---|---|---|
| | | |
| | | |

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☑ **None/Not Applicable**      ☐ **Additional pages attached**

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**6. Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ **None/Not Applicable**      ☐ **Additional pages attached**

| | | |
|---|---|---|
| | | |
| | | |

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

TAU-KEN TEMIR LLP, JSC NMC TAU-KEN SAMRUK, MINISTRY OF TRADE AND INTEGRATION OF THE REPUBLIC OF KAZAKHSTAN,
*Plaintiffs-Appellants*

v.

UNITED STATES, GLOBE SPECIALTY METALS, INC., MISSISSIPPI SILICON LLC,
*Defendants-Appellees*

Appeal from the United States Court of International Trade No. 21-173, Judge Leo M. Gordon

**APPELLANT TAU-KEN TEMIR LLP, JSC NMC TAU-KEN SAMRUK, MINISTRY OF TRADE AND INTEGRATION OF THE REPUBLIC OF KAZAKHSTAN NOTICE OF CORRECTION TO THEIR OPENING BRIEF AND, IN THE ALTERNATIVE, IF NECESSARY, MOTION FOR LEAVE OF THE COURT TO CORRECT**

Counsel to Tau-Ken Temir, LLP; Ministry of Trade and Integration of the Government of the Republic of Kazakhstan; and JSC NMC Tau-Ken Samruk

Peter Koenig, Esq.
Squire Patton Boggs
2550 M Street NW
Washington DC 20236
202 669 1901
peter.koenig@squirepb.com

May 8, 2023

Per Federal Circuit Rule 25(i)(1), Appellant-Plaintiffs – i.e., Tau-Ken Temir, LLP; Ministry of Trade and Integration of the Government of the Republic of Kazakhstan; and JSC NMC Tau-Ken Samruk (collectively TKT) – respectfully file this Notice of Correction of their opening brief, and, in the alternative, if necessary, motion for leave of the Court to correct. The corrections do not change the substantive argument in TKT's opening brief. See below. But, if deemed otherwise, we then respectfully move for leave of the Court to accept the (2) correction below, per Federal Circuit Rule 25(i)(3).

Also per Federal Circuit Rule 25(i)(3), we attach:

(1) TKT's February 28, 2023 opening brief just with corrections ordered by the Clerk of the Court; and, then again separately,

(2) TKT's February 28, 2023 opening brief with the corrections in (1) above plus the corrections now requested by TKT in the opening brief, discussed below.

Both enclosed corrected briefs are so marked accordingly. The corrections in (2) are listed in the attached Compare Briefs file using the built-in Microsoft Word feature Novo, where the TKT opening brief just with Court instructed changes is compared to the TKT opening brief also with TKT changes. Note that both briefs contain about 10,000 words and the nature of the corrections indicated is as discussed below.

TKT requests the corrections in (2) for two reasons.

*First*, the Court kindly granted prior TKT requested extensions to file its opening brief because inter alia Kazakh Government trade officials involved in this briefing were occupied with issues as to the Russia/Ukraine war. Counsel had felt should not request further extension for that reason.  But, in reaching that assessment, counsel was not aware that U.S. Secretary of State Antony Blinken was to, and did, visit Kazakhstan as to the Russia-Ukraine war on February 28, 2023, when the opening brief was due, which again was what was especially occupying the Kazakh Government officials involved in this court brief.   See attached February 28, 2023 New York Times article, seen by TKT counsel after the brief was filed. Blinken's visit was understandably not to be disclosed, much less widely disseminated, for security and best messaging purposes, much less a week before February 28, 2023, when extension requests are best done under this Court's rules.  But, if known, that would have appeased TKT counsel concern to request another extension.

*Second*, since the February 28, 2023 filing of the TKT opening brief, the U.S. Department of Commerce who made the contested decision here has changed its practice/decisions/instructions as to filing questionnaire responses and respondent filing difficulties therein in ways confirming the argument in the TKT opening brief, including that Commerce's TKT decision was based on unsupported

and incorrect assumption, so unlawfully not supported by the requisite substantial evidence of record of a lawful decision.  One can see that it is an across the board Commerce change in the above regards in all cases, as it appears in all cases since the filing of the TKT opening brief, so it was not a one off change in one or a few cases case.  Only by reviewing all filings in all cases in Commerce ACCESS can one come to this conclusion. The corrections to TKT's opening brief herein further so reflect this Commerce change and its implications as to the TKT decision.  The same substantive TKT argument can be better understood, appreciated and articulated/presented in that context.

The corrected brief in (2) has the same substantive argument as the original brief.  It does not add significant new different lines of argument, or remove significant lines of argument.  It does better articulate the argument in the above context, correct grammar, add some missing decision cites, including as to Commerce's new decisions/practice/questionnaire instructions, move some discussion to where it is now better placed and correct the Table of Contents and Authorities.

TKT could achieve the (2) corrections in a reply brief, as its opening substantive argument does not change, so would be responsive to any opposition. That said, TKT respectfully believes that it facilitates briefing to address now, as

well as to give those opposing full opportunity to address in their response briefs (due June 5, 2023, absent extension). It also would seem to facilitate oral argument if those opposing do not have to address then for the first time TKT argument as to the above referenced Commerce new decisions/practice/instructions and the reasons for the Commerce change.

Any delay in this matter only hurts TKT. No one else. Indeed, delay benefits U.S. silicon metal producers Globe and Mississippi Silicon. The reason is that the here contested prohibitive 160% Commerce countervailing (CVD) import duty on TKT/Kazakh silicon metal sales to the United States ended TKT/Kazakh silicon metal sales to the U.S., now for four years (where also that lack of sales in turn depleted any resources TKT/Ministry had to contest in court).

Bret Vallacher (U.S. Justice Department) opposes the motion, for Appellee-Defendant United States. Adam Gordon (Bristol Group) opposes the motion for Appellee-Defendants Globe Specialty Metals, Inc. and Mississippi Silicon LLC.

The undersigned declares under penalty of perjury under 28 U.S.C. § 1746 that the above is true and correct.

Respectfully submitted,

*/s/ Peter Koenig*

Peter Koenig
Squire Patton Boggs
2550 M Street NW
Washington DC 20336
May 8, 2023          Counsel to Appellant TKT & The Ministry

- 4 -

**The New York Times** | https://www.nytimes.com/2023/02/28/world/asia/blinken-russia.html

# Blinken Finds Receptive Leaders in Central Asia, Where Russia Seeks Aid

The U.S. secretary of state's diplomatic mission is part of a broader Biden administration effort to strengthen support for Ukraine, or at least push neutral nations to refrain from aiding Russia.

 

**By Edward Wong and Andrew Higgins**

Feb. 28, 2023   Updated 9:43 p.m. ET

ASTANA, Kazakhstan — Secretary of State Antony J. Blinken came to Central Asia to press his case that the region should hold the line against Russian efforts to seek economic aid as Moscow grapples with Western sanctions.

Within hours of landing in Astana, the snow-draped capital of Kazakhstan, he received a sign that the United States had some leverage. The Kazakh president stood next to Mr. Blinken in the blue-domed presidential palace and thanked the Americans for their support of his nation's "independence, territorial integrity and sovereignty."

The president, Kassym-Jomart Tokayev, has not criticized Russia's war, and neither have leaders of the four other Central Asian nations, former Soviet republics with decades-long ties with Moscow. But his pointed statement suggested that, after the invasion of Ukraine, also a former Soviet republic, there was concern that President Vladimir V. Putin of Russia could try to seize parts of their own nations or encourage separatists.

Parts of northern Kazakhstan are inhabited largely by ethnic Russians and are viewed by Russian nationalists as territory that should belong to Russia. So there is concern that those Kazakh residents could fall victim to Mr. Putin's logic that Moscow has a duty to "protect" ethnic kin wherever they are.

Mr. Blinken quickly gave assurances, saying at a news conference later that the United States was a committed partner of the Central Asian nations and that "our support for their independence and sovereignty, their territorial integrity, is real." His remarks came after a group meeting with the foreign ministers of the five Central Asian nations.

Mr. Blinken's visit to Kazakhstan was the first by a Biden administration cabinet official to any Central Asian nation. It occurs at an important moment in American efforts to rally nations to buttress Ukraine in preparation for its defense against a broader Russian offensive expected this spring and for Kyiv's own potential military push.





Mr. Blinken's meetings in Kazakhstan and a visit to Uzbekistan, which follow recent trips to the Ukrainian capital, Kyiv, by President Biden and Treasury Secretary Janet L. Yellen, are a critical part of the American diplomatic efforts this winter. Gen. Mark A. Milley, the country's most senior military adviser, on Tuesday addressed a Rome conference of military chiefs from Africa, where Russia has some allies. General Milley will later head to Germany, where he will meet with Ukrainian troops, Pentagon officials said.

The visit to Central Asia is a strike against Moscow in the heart of what it considers its sphere of influence.

U.S. officials say they are realistic about their diplomacy in Central Asia: The five nations — Kazakhstan, Kyrgyzstan, Tajikistan, Turkmenistan and Uzbekistan — maintain close diplomatic, security and economic ties to Russia as well as to China, the other superpower rival to the United States and Russia's strongest strategic partner.

But the Americans hope at least to encourage the countries to resist pressure from Russia to give it more support at a time when it is struggling on the battlefield and Western allies believe powerful weapon shipments could help Ukraine make serious gains this spring.

One sticking point: Countries in Central Asia say the United States needs to greatly increase trade ties and economic aid if it hopes to counterbalance Russia and China.



Downtown Astana on Tuesday, as seen from Ak Orda Presidential Palace.  Pool photo by Olivier Douliery

Mr. Blinken also acknowledged at the news conference with the Kazakh foreign minister, Mukhtar Tileuberdi, that sanctions on Russia, Kazakhstan's largest trading partner, had had an "economic spillover effect." He said the U.S. government was issuing "licenses that make sense" for foreign companies to continue conducting legitimate commerce with Russia while "watching compliance with sanctions very closely."

Case: 22-2204    Document: 41-1    Page: 12    Filed: 05/08/2023

Consequences from the sanctions on Russia have rippled across Kazakhstan. When the United States, Europe and some Asian nations first imposed them in February 2022, the Kazakh tenge, the local currency, fell 20 percent. It has gradually climbed back to just under its prewar value.

After meeting the five foreign ministers, Mr. Blinken announced an additional $20 million in U.S. funding for economic programs in the region, on top of $25 million from last year. He said the United States would also give $5 million this year to promote "regional connectivity" through economic and energy programs.

That is a small sum compared with the amount of trade between the nations and Russia and China.

American officials insist that they are not trying to force the nations to choose allegiances but hope to exploit a weakening of Russian influence in the region that has been fueled in part by the war in Ukraine. With Russia pouring military resources into Ukraine and dealing with sanctions, it has focused less on Central Asia. Officials in the region say they see an unraveling of some of Moscow's power, both to the benefit and to the occasional chagrin of their governments.

Emil Joroev, a researcher at Crossroads Central Asia, a research group in Bishkek, the capital of Kyrgyzstan, said Mr. Putin had worked hard in recent months to shore up Moscow's influence in Central Asia, visiting each of the five nations at least once.

But this, Mr. Joroev added, "gave a sense of Putin being somewhat desperate" to show he still had friends, or at least not enemies, when many countries, particularly in Europe, view him as a war criminal.

"Putin has lost his magic," Mr. Joroev said, "but he still has much greater leverage in these countries than the U.S. does."



President Vladimir V. Putin, center, and Mr. Tokayev in St. Petersburg in June, when Mr. Tokayev declared that Kazakhstan would not recognize the "quasi-state territories" that Moscow was propping up in eastern Ukraine.  Anatoly Maltsev/EPA, via Shutterstock

Even Central Asian leaders who have benefited from Mr. Putin's policies voice skepticism over the war. Last summer, Mr. Tokayev pushed back against Mr. Putin while sharing a stage with him at an economic conference in St. Petersburg, declaring that Kazakhstan would not recognize the "quasi-state territories" that Russia was propping up in eastern Ukraine.

That surprised many observers, since Mr. Putin had sent military support to Mr. Tokayev months earlier, when street protests in Kazakhstan threatened to bring down the Kazakh leader.

Mr. Tokayev is the only one of the Central Asian leaders who now speaks with Mr. Zelensky, a senior Central Asian official said, and Mr. Tokayev recently pledged humanitarian aid.

Kazakh diplomats have deflected criticism from Moscow of a project in the ravaged Ukrainian city of Bucha. The project, called the "yurt of invincibility" and set up by private companies, consists of traditional nomadic structures erected to give Ukrainians Kazakh food and tea, and a place to charge electronic devices,  since Russian strikes knocked out power and heat.

The geopolitical quake and toll of the war in Ukraine are felt keenly h in Kazakhstan. About 200,000 Russians fleeing the draft have sought sanctuary here in the past year. Outside of that, the country has 3.5 million ethnic Russians and 250,000 ethnic Ukrainians, in a population of 19 million.

"Kazakhstan cannot help but consider the case of Russian policy toward Ukraine, which, if Moscow succeeds, may also threaten Kazakhstan," said Arkady Dubnov, an expert on Central Asia in Moscow.



A yurt set up for Ukrainians to receive Kazakh food and tea and to charge their electronic devices. It was brought to Ukraine with the support of a group from Kazakhstan.
Brendan Hoffman for The New York Times

Still, these countries are not rushing straight into the arms of the Americans.

The Kyrgyz government is stalling on signing a cooperation agreement with Washington after years of negotiations. That would replace one scrapped in 2014 after Russian pressure forced the closing of a U.S. air base outside Bishkek that had been set up to fuel warplanes flying over Afghanistan.

Kyrgyzstan is concerned that if it signs, Russia could strike back by limiting the number of Kyrgyz migrant workers who can work there.

Kazakh officials say the government  has to balance interests with Russia, China and other powerful nations.

Kazakhstan is the world's largest landlocked nation, and it mainly relies on overland export routes through Russia and China to deliver goods to outside markets. Oil makes up more than 60 percent of its exports — and it is an industry in which American energy companies are deeply involved and are eager to expand.

The shock of Russia's invasion of Ukraine has accelerated Kazakhstan's drive to develop transportation routes for oil and freight across the Caspian Sea, bypassing Russia, said Peter Leonard, Central Asia editor for Eurasianet. And Kyrgyzstan revived a long-stalled plan last year for a new railway through its territory to Uzbekistan and on to Europe that would curtail its dependence on Russia's rail network.

"The Ukraine crisis has supercharged sweeping historical trends rather than initiated them," Mr. Leonard said. Russian leaders, he added, "are relying on gravity to maintain their influence. They are perhaps complacent and arrogant but feel that even if Central Asia starts to wobble and moves a bit outside their orbit, it would not require a great deal of effort to drag them back in."

Edward Wong reported from Astana, Kazakhstan, and Andrew Higgins from Warsaw. Valerie Hopkins contributed reporting from Moscow.

Edward Wong is a diplomatic correspondent who has reported for The Times for more than 22 years, based in New York, Baghdad, Beijing and Washington. He received a Livingston Award and was on a team of Pulitzer Prize finalists for Iraq War coverage. He has been a Nieman Fellow at Harvard and a visiting professor of journalism at Princeton and U.C. Berkeley.  @ewong

Andrew Higgins is the bureau chief for East and Central Europe based in Warsaw. Previously a correspondent and bureau chief in Moscow for The Times, he was on the team awarded the 2017 Pulitzer Prize in International Reporting, and led a team that won the same prize in 1999 while he was Moscow bureau chief for The Wall Street Journal.

A version of this article appears in print on , Section A, Page 7 of the New York edition with the headline: Blinken Finds Some Leverage in Central Asia

FORM 19. Certificate of Compliance with Type-Volume Limitations

Form 19
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS</u>

**Case Number:** 2022-2204

**Short Case Caption:** Tau-Ken Temir LLP

> **Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

[✔] the filing has been prepared using a proportionally-spaced typeface and includes 1142 words.

[ ] the filing has been prepared using a monospaced typeface and includes _____ lines of text.

[ ] the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 05/08/2023

Signature: /s/ Peter Koenig

Name: Peter Koenig

Save for Filing