No. 2022-2204

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**TAU-KEN TEMIR LLP, JSC NMC TAU-KEN SAMRUK, MINISTRY OF TRADE AND INTEGRATION OF THE REPUBLIC OF KAZAKHSTAN,**
*Plaintiffs-Appellants*

v.

**UNITED STATES, GLOBE SPECIALTY METALS, INC., MISSISSIPPI SILICON LLC,**
*Defendants-Appellees*

___

Appeal from the United States Court of International Trade in No. 1:21-cv-00173-LMG, Senior Judge Leo M. Gordon

___

## DEFENDANTS-APPELLEE UNITED STATES' RESPONSE TO TKT'S NOTICE OF CORRECTION

|  |  |
|---|---|
|  | BRIAN M. BOYNTON <br> Principal Deputy Assistant Attorney General |
| COUNSEL: | PATRICIA M. McCARTHY <br> Director |
| Jared M. Cynamon <br> Attorney <br> Office of the Chief Counsel <br>  for Trade Enforcement and <br> Compliance <br> U.S. Department of Commerce <br> Washington, D.C. | L. MISHA PREHEIM <br> Assistant Director <br><br> BRET R. VALLACHER <br> Trial Attorney <br> Civil Division, Department of Justice |
| Dated May 12, 2023 | *Attorneys for Defendant-Appellee* |

Defendant-Appellee, the United States, respectfully submits this response to Plaintiffs-Appellants Tau-Ken Temir LLP's, JSC NMC Tau-Ken Samruk's, and the Ministry of Trade and Integration of the Republic of Kazakhstan's (collectively, TKT) "Notice of Correction to Their Opening Brief and, in the Alternative, If Necessary, Motion for Leave of the Court to Correct" (ECF No. 41-1).

Although we do not oppose TKT's request to "add some missing decision cites[sic]," and "move some discussion" around in its brief, Notice at 3, we oppose any substantive changes to the brief. TKT essentially argues that its repeated non-compliance with this Court's submission rules—which has resulted in TKT repeatedly filing its opening brief over the course of 65 days—afford it the opportunity to add substantive arguments concerning the Department of Commerce's (Commerce) "new decisions/practice/questionnaire instructions" related to the agency's filing processes that supposedly have "changed" since TKT filed the first iteration of its opening brief on February 28, 2023. *Notice* at 2–3. TKT claims that re-writing its brief is preferable to the argument surfacing for the "first time" at oral argument. Notice at 4.

TKT is correct in the narrowest possible sense: raising the argument for the first time at oral argument would not be permissible. *See SmithKline Beecham Corp. v. Apotex Corp.*, 439 F.3d 1312, 1319 (Fed. Cir. 2006) ("Our law is well

established that arguments not raised in the opening brief are waived"). Nevertheless, if "pertinent and significant authorities come to a party's attention after the part's brief has been filed," the prescribed path is to "advise the circuit clerk by letter" not exceeding 350 words "setting forth the citations." Fed. R. App. P. 28(j). TKT's attempt to insert a new argument into its brief not only sidesteps these limitations, but also, by presenting a continually moving target, impacts our ability to respond.

In any case, TKT's new argument is meritless. TKT now adds to its brief a discussion of changes made by Commerce to its instructions to parties when filing questionnaire responses. Even if Commerce enacted new instructions tailored to respond to the circumstances TKT now finds itself in, that argument still fails because it would not be a permissible argument. *See* Fed. R. Evid. 407 ("When measures are taken that would have made an earlier injury or harm less likely to occur, evidence of the subsequent measures is not admissible to prove: negligence; culpable conduct; a defect in a product or its design; or a need for a warning or instruction."). And, in any event, Commerce's changes to its instructions are not on the record of this proceeding.

For the foregoing reasons, we respectfully request that the Court deny TKT's request to make substantive changes to its brief.

                    Respectfully submitted,

|  |  |
|---|---|
|  | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| Of Counsel: | PATRICIA M. McCARTHY<br>Director |
|  | /s/ L. Misha Preheim<br>L. MISHA PREHEIM<br>Assistant Director |
| Jared M. Cynamon<br>Attorney<br>Office of the Chief Counsel<br>  for Trade Enforcement and Compliance<br>U.S. Department of Commerce<br>Washington, D.C. | /s/ Bret R. Vallacher<br>BRET R. VALLACHER<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C.  20044<br>Telephone: (202) 616-0465<br>Facsimile: (202) 305-2062<br>Email: bret.r.vallacher@usdoj.gov |
| May 12, 2023 | *Attorneys for Respondent-Appellee* |