

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, District of Columbia 20037

O   +1 202 457 6000
F   +1 202 457 6315
squirepattonboggs.com

Peter J. Koenig
T   +1 202 626 6223
peter.koenig@squirepb.com

June 26, 2023

The Honorable Clerk of the Court
Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington DC 20439

      RE:    **Tau-Ken Temir LLP (TKT) Fed. R. App. P. 28j <u>Supplemental Authority</u> to Feb. 28, 2023 opening brief ECF 30; Tau-Ken Temir LLP v. United States, Fed. Cir. Case No. 2022-2204**

The Honorable Clerk of Court:

      U.S. Department of Commerce practice changes support TKT: ECF 41-1 at 2-4; ECF 41-3 at 9-10, 21-23; ECF 52 at 1-2. The Government replies that the Federal Rules of Evidence preclude considering Commerce practice. ECF 44 at 3. These rules <u>don't</u> apply to agencies. <u>Skyview Cabinet USA, Inc. v. United States</u>, Slip Op. 23-91 at 33-35 (CIT June 20, 2023).

      The Government also replies that Commerce practice is fact, not law, so cannot consider. ECF 44 at 3. Commerce practice is law, <u>not</u> fact. Commerce, <u>Forged Steel Fluid End Blocks from Italy</u>, A-475-840, April 6, 2023, Access barcode 4363092 (19 CFR 351.301(c)(5)).

Over 40 Offices across 4 Continents

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.

Commerce decisions continue supporting TKT: ECF 30 at 21-32; ECF 41-2 at 21-32; ECF 41-3 at 23-33:

Commerce accepted filing completed after 5:00PM deadline without extension request. Commerce, <u>Large Diameter Pipe from Greece</u>, A-484-803, June 21, 2023, Access barcode 4391609.

After the deadline, Commerce accepted 4:47PM deadline day extension request. Commerce, <u>Boltless Shelving Units from Vietnam</u>, A-552-835, June 20/21, 2023, Access barcodes 4391092,4391343. Further, there, Commerce cited counsel change for extension. Here, TKT did not know if it had counsel, given Mississippi Silicon request to Commerce at the time to disqualify TKT counsel immediately, later found without merit. Commerce, <u>Silicon Metal from Kazakhstan</u>, C-834-811, Issues and Decision Memorandum at 27, Feb. 22, 2021, Access barcode 4091341.

Last minute extension request, stating (without elaboration) filing difficulties, accepted. Commerce, <u>Non-Refillable Cylinders from India</u>,A-533-912, June 20, 2023, Access barcode 4390615 (accepted, stating had time under statutory deadlines to consider, so do); Commerce, <u>Metal Lockers from China</u>, A-570-133 May 3, 2023, Access barcodes 4372445,4372454 (3:57PM extension request for 5:00PM deadline); Commerce, <u>Utility Scale Wind Towers from Malaysia</u>, A-557-821, April 6, 2023, Access barcode 436057 (accepted after deadline).

- 3 -

    Many have technical filing difficulties with Commerce, with draconian consequences. Attorneys say no clear extension standards. "Commerce's Rigid Enforcement of AD/CVD Filing Deadlines Hit Trade Bar", <u>Trade Law Daily,</u> April 3, 2023.

                                    Very truly yours,

                                    */s/  Peter Koenig*

                                    Peter Koenig

June 26, 2023

FORM 19. Certificate of Compliance with Type-Volume Limitations    Form 19
                                                                   July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 2022-2204

**Short Case Caption:** Tau-Ken Temir LLP v. United States

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes __348__ words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 06/26/2023                Signature: /s/ Peter Koenig

                                Name: Peter Koenig

FORM 9. Certificate of Interest
Form 9 (p. 1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 22-2204

**Short Case Caption** Tau-Ken Temir LLP v. United States

**Filing Party/Entity** Tau-Ken Temir LLP; Ministry of Trade and Integration of the Republic of Kazakhstan; JSC NMC Tau-Ken Samruk

> **Instructions:** Complete each section of the form. In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance. **Please enter only one item per box; attach additional pages as needed and check the relevant box.** Counsel must immediately file an amended Certificate of Interest if information changes. Fed. Cir. R. 47.4(b).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 09/28/2022

Signature: /s/ Peter Koenig

Name: Peter Koenig

FORM 9. Certificate of Interest

Form 9 (p. 2)
July 2020

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Tau-Ken Temir LLP | None | JSC NMC Tau-Ken Samruk |
| JSC NMC Tau-Ken Samruk | None | None |
| Ministry of Trade and Integration of the Republic of Kazakhstan | None | None |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

☐ Additional pages attached

4

**FORM 9. Certificate of Interest**  Form 9 (p. 3)
July 2020

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐  None/Not Applicable      ☐  Additional pages attached

| Jeremy Dutra | Of Counsel | Squire Patton Boggs |
|---|---|---|
|  |  |  |
|  |  |  |

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☑  None/Not Applicable      ☐  Additional pages attached

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |

**6. Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑  None/Not Applicable      ☐  Additional pages attached

|  |  |  |
|---|---|---|
|  |  |  |

010-9233-8739/1/AMERICAS