NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TAU-KEN TEMIR LLP, JSC NMC TAU-KEN SAMRUK, MINISTRY OF TRADE AND INTEGRATION OF THE REPUBLIC OF KAZAKHSTAN,**
*Plaintiffs-Appellants*

v.

**UNITED STATES, GLOBE SPECIALTY METALS, INC., MISSISSIPPI SILICON LLC,**
*Defendants-Appellees*

---

2022-2204

---

Appeal from the United States Court of International Trade in No. 1:21-cv-00173-LMG, Senior Judge Leo M. Gordon.

---

**ON MOTION**

---

Before LOURIE, *Circuit Judge*.

**O R D E R**

Before the filing of any response brief, appellants move for leave to file a replacement opening brief (1) correcting technical deficiencies as directed earlier by the Clerk of

Court and also (2) differently "articulat[ing] the argument [ ], correct[ing] grammar, add[ing] some missing decision cites, including to new" materials, and "mov[ing] some discussion." ECF No. 41-1 at 8. Globe Specialty Metals, Inc. and Mississippi Silicon LLC (collectively, "Globe") and the United States do not oppose correction of technical deficiencies but do oppose the other changes. Appellants reply.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted to the extent that ECF Nos. 41-3 and 41-4 are accepted as appellants' corrected opening brief and addendum.

(2) Globe's and the United States' response briefs remain due no later than July 20, 2023.

FOR THE COURT

June 30, 2023                          /s/ Jarrett B. Perlow
    Date                               Jarrett B. Perlow
                                       Acting Clerk of Court