NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TAU-KEN TEMIR LLP, JSC NMC TAU-KEN SAMRUK, MINISTRY OF TRADE AND INTEGRATION OF THE REPUBLIC OF KAZAKHSTAN,**
*Plaintiffs-Appellants*

v.

**UNITED STATES, GLOBE SPECIALTY METALS, INC., MISSISSIPPI SILICON LLC,**
*Defendants-Appellees*

---

2022-2204

---

Appeal from the United States Court of International Trade in No. 1:21-cv-00173-LMG, Senior Judge Leo M. Gordon.

---

**ON MOTION**

---

### O R D E R

Appellants move unopposed for a two-week extension of time to file their reply brief and submit a separate motion to increase the word count for their reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

Appellants' motion for an extension of time, ECF No. 72, is granted to the extent that the briefing schedule is stayed pending the court's disposition of appellants' motion to increase the word count.

FOR THE COURT

October 26, 2023
Date

Jarrett B. Perlow
Clerk of Court