Before the Court of Appeals for the Federal Circuit

_____
Tau-Ken Temir LLP      )     Case No. 2022-2204
    v.                              )
United States                  )
_____)

# TKT REPLY TO GLOBE RESPONSE TO TKT MOTION TO INCREASE TKT REPLY BRIEF WORD COUNT

On October 20, 2023, Plaintiff-Appellant Tau-Ken Temir LLP (Temir), Tau-Ken Samruk (Samruk), and the Ministry of Trade and Integration of the Republic of Kazakhstan (Ministry) (collectively TKT) moved to increase the word count of their reply brief. ECF No. 71-1. Appellee United States consents/does not oppose. Id. at 1. Defendant-Appellee Globe Specialty Metals, Inc. and Mississippi Silicon LLC (collectively Globe) oppose on October 30, 2023. ECF No. 74. TKT now timely replies within 7 days. FRAP 27(a)(4).

Globe is wrong:

**Globe Claim #1**: The three Appellants must file a single reply brief because they have same counsel.

**TKT Reply:** The three Appellants elected to use the same counsel and thus file one brief, for the Court's convenience. They could have used different counsel to file three separate briefs. Also, Globe fails to explain why its claim means that

TKT cannot have an expanded word count to answer <u>two</u> response briefs to its <u>one</u> opening brief.

**Globe Claim #2:** Globe's response brief argues that Samruk is not a proper party.

**TKT Reply:** TKT will answer this claim in TKT's reply brief, the proper time. The United States did not make this claim. Anyway, Globe does not address the at least Temir and Ministry motion for expanded word count to answer <u>two</u> response briefs to its <u>one</u> opening brief.

**Globe Claim #3:** There is no reason to expand the word count of TKT's reply brief when the two responses are each <u>separately</u> below the Federal Circuit 14,000-word limit.

**TKT Reply**: Globe omits that <u>together</u> they are over the 14,000 – i.e., 20,270 words (one 10685 words; the other 9586). ECF No. 61 at 52; ECF No. 63 at 72.

   TKT must answer both. Federal Circuit Rule 32(b)(1) says response briefs can be 14,000 words and reply briefs to a response brief 7000 words. Here there are two response briefs. Should be able to file a reply to each. Two reply briefs, one for each response. Further, the response briefs are substantially different in argument and permutation thereof. See below.

**Globe Claim #4:** TKT cannot rely on the combined length of the response briefs because they "largely" address "the exact same issues."

**TKT Reply**: By using "largely", Globe belies its claim that the two briefs cover the exact same argument and permutation thereof. Further, the above indicated significant difference in word count of the Globe and United States' response briefs belies the claim that they are exactly the same.

Indeed, if they were the same, or at least to extent same, one response brief could just adopt the other to that extent. Not done. Because the response brief argument and permutation thereof different.

Globe offers bald assertion. No support. Detail refutes Globe:

Globe and United States response briefs do not overlap as to forty-three cited court cases, three statute cites, four regulation cites, and all agency decisions outside of the instant case. Compare Tables of Authorities. That huge difference flows through their ensuing argument.

The discussion of the review standard in the two response briefs is very different, much non-overlapping, different permutations, some inconsistent. Compare. That too fully flows through the ensuing response argument.

Globe argues exhaustion of administrative remedies and waiver of arguments. Not United States.

In the response briefs, the vast majority of Globe's <u>eight</u>-page purported facts before Commerce does not overlap the United States <u>five</u> pages thereon, and in key ways, sometimes inconsistent and different permutations. That too fully flows through their ensuing response argument.

Given above, the vast majority of Globe's <u>44</u> page argument does not directly overlap the United States' <u>32</u> page argument, and in permutations thereof, at points inconsistent. A Microsoft compare/contrast would so support, that anyone can do, like Globe cites at its page 3 that Globe did, in other contexts rejected by this Court (ECF 54), Globe fails to note. But Globe is inconsistently silent here as to doing, where doing so show essentially no overlap in text of the Globe and United States briefs.

TKT's reply brief must separately address claims of the United States and Globe. They are different, including in permutations, not overlapping, and even inconsistent. That will be very apparent and documented in the full TKT reply due later.

**Globe Claim #5**: Speculating, TKT <u>might</u> use an expanded word count to impermissibly add new argument and authority.

**TKT Reply:** TKT will only do what allowed. TKT can cite authority contrary to response briefs, including new authority, as even Globe admits at its page 4 cite to FRAP Rule 28, where it can then reply.

Finally, Globe is premature. No TKT reply brief yet.

We appreciate the Court's attention.

                                                       Respectfully submitted,

                                                             */s/ Peter Koenig*

                                                       Peter Koenig
                                                       Squire Patton Boggs
                                                       2550 M Street NW
                                                       Washington DC 20336
                                                       Counsel to Appellant TKT

November 6, 2023