NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TAU-KEN TEMIR LLP, JSC NMC TAU-KEN SAMRUK, MINISTRY OF TRADE AND INTEGRATION OF THE REPUBLIC OF KAZAKHSTAN,**
*Plaintiffs-Appellants*

v.

**UNITED STATES, GLOBE SPECIALTY METALS, INC., MISSISSIPPI SILICON LLC,**
*Defendants-Appellees*

---

2022-2204

---

Appeal from the United States Court of International Trade in No. 1:21-cv-00173-LMG, Senior Judge Leo M. Gordon.

---

**ON MOTION**

---

**O R D E R**

Appellants move to increase the word count for their reply brief "from 7000 words to 14,000; or, failing that, to 10,135 words." ECF No. 71-1 at 1. Appellants state that

the United States does not oppose the motion.  The other appellees oppose.  Appellants reply.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion, ECF No. 71, is granted to the extent that appellants' reply brief, not to exceed 10,135 words, is due no later than 21 days from the date of entry of this order.

FOR THE COURT

December 27, 2023
Date

Jarrett B. Perlow
Clerk of Court