NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**TAU-KEN TEMIR LLP, JSC NMC TAU-KEN SAMRUK, MINISTRY OF TRADE AND INTEGRATION OF THE REPUBLIC OF KAZAKHSTAN,**
*Plaintiffs-Appellants*

v.

**UNITED STATES, GLOBE SPECIALTY METALS, INC., MISSISSIPPI SILICON LLC,**
*Defendants-Appellees*

———————————

2022-2204

———————————

Appeal from the United States Court of International Trade in No. 1:21-cv-00173-LMG, Senior Judge Leo M. Gordon.

———————————

**ON MOTION**

———————————

PER CURIAM.

# O R D E R

The United States moves unopposed to withdraw Jared Cynamon as counsel and for leave to file an entry of appearance for Shanni Alon.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Mr. Cynamon is withdrawn. The entry of appearance for Ms. Alon is accepted for filing.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

December 9, 2024
Date