

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, District of Columbia 20037

O  +1 202 457 6000
F  +1 202 457 6315
squirepattonboggs.com


Peter J. Koenig
T  +1 202 626 6223
peter.koenig@squirepb.com

January 3, 2025

The Honorable Clerk of the Court
Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington DC 20439

    RE:    **Tau-Ken Temir LLP (TKT) Fed. R. App. P. 28j and Federal Circuit Rule 34 (Practice Note) Supplemental Authority to TKT briefs and to cite at oral argument; Tau-Ken Temir LLP v. United States, Fed. Cir. Case No. 2022-2204**

The Honorable Clerk of Court:

Subsequent decisions support TKT briefs ECF 53 (pages 2-3), 55 (pages 5, 8-19, 23-34, 37-38), 82/86 (pages 12-16, 22-24). We select a few best such cites as of today, versus the far more burdensome to all of filing all seriatim, as we see them, as are far more than below felt best cites:

**Commerce Department**

Commerce says that statutory deadlines are not mandatory. Commerce ACCESS barcode 4678447, December 9, 2024 memo in all Commerce antidumping(AD)/countervailing duty (CVD) administrative reviews. That means that the non-discretionary statutory mandate to accurately calculate CVD/AD

Over 40 Offices across 4 Continents

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.

margins especially rules.

Claimed technical issues (unexplained, undocumented, non-affidavit) precluding filing, written extension request after the deadline with only 4:55PM oral request as to 5:00 PM deadline, is good cause to accept late filing. *Crystalline Silicon Photovoltaic Cells from Thailand, A-549-851*, December. 3, 2024, ACCESS barcode 4673228. Cf *Crystalline Silicon Photovoltaic Cells from China, A 549-841*, November. 22, 2024, ACCESS barcode 4668921; *Brake Drums from China, A-570-174*, August 6, 2024, ACCESS barcode 4609309; *Aluminum Extrusions, 18 Investigations*, June 11, 2024, ACCESS barcode 4576439; *Tomatoes from Mexico, A-201-820*, May 13, 2024, ACCESS barcode 4558922.

Commerce grants 4-6 extensions for 18, 23, and 56 days. *Honey from Brazil*, A-351-857, May 3 and April 8, 2024 ACCESS barcodes 4553238, 4539714, *Tomatoes from Mexico, A-201-820*, May 3 and April 8, 2024 ACCESS barcodes 4539662, 4496333.

**Court of International Trade**

Abuse of discretion for Commerce to reject a respondent's non-prejudicially missing a single deadline and deeming that respondent uncooperative and applying high adverse-inference CVD/AD duty margin. *Cambria Co. v. Antique Marbonite*

*Pvt. Ltd.*, No. 23-cv-7, 2024 WL 2722558, Slip Op. 24-62 at 5-7 (May 28, 2024).

Very truly yours,

*/s/ Peter Koenig*

Peter Koenig
Counsel to TKT

FORM 19. Certificate of Compliance with Type-Volume Limitations Form 19
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 2022-2204

**Short Case Caption:** Tau-Ken Temir LLP v. United States

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes 348 words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 01/03/2025            Signature: /s/ Peter Koenig

                            Name: Peter Koenig

FORM 9. Certificate of Interest          Form 9 (p. 1)
                                          July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 22-2204

**Short Case Caption** Tau-Ken Temir LLP v. United States

**Filing Party/Entity** Tau-Ken Temir LLP; Ministry of Trade and Integration of the Republic of Kazakhstan; JSC NMC Tau-Ken Samruk

> **Instructions:** Complete each section of the form. In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance. **Please enter only one item per box; attach additional pages as needed and check the relevant box**. Counsel must immediately file an amended Certificate of Interest if information changes. Fed. Cir. R. 47.4(b).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 09/28/2022            Signature: /s/ Peter Koenig

                            Name: Peter Koenig

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Tau-Ken Temir LLP | None | JSC NMC Tau-Ken Samruk |
| JSC NMC Tau-Ken Samruk | None | None |
| Ministry of Trade and Integration of the Republic of Kazakhstan | None | None |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

☐ Additional pages attached

4

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable  ☐ Additional pages attached

| Jeremy Dutra | Of Counsel | Squire Patton Boggs |
|---|---|---|
|  |  |  |
|  |  |  |

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☑ None/Not Applicable  ☐ Additional pages attached

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |

**6. Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable  ☐ Additional pages attached

|  |  |  |
|---|---|---|
|  |  |  |